# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** BANNEKER VENTURES, LLC

v.   JIM GRAHAM, et al.

**Case No:** 14-7030

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ● Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

BANNEKER VENTURES, LLC

Names of Parties                              Names of Parties

### Counsel Information

**Lead Counsel:** BRIAN K. MCDANIEL (co-counsel with Jerry Malone)
**Direct Phone:** (202) 331-0793   **Fax:** (202) 331-7004   **Email:** bkmassociates@aol.com

**2nd Counsel:** JERRY L. MALONE
**Direct Phone:** (202) 320-0258   **Fax:** ( ) -   **Email:** Jerry@JLMaloneLaw.com

**3rd Counsel:**
**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:** The McDaniel Law Group, LLC
**Firm Address:** 1025 First Street, S.E., Suite 1413, Washington, D.C. 20003
**Firm Phone:** (202) 331-0793   **Fax:** (202) 331-7004   **Email:** bkmassociates@aol.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)