# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

BANNEKER VENTURES, LLC         :

    Appellant,         :

v.         :        Appeal No.: 14-7030

        BANNEKER VENTURES'
        REPLY TO
        LAKRITZ ADLER APPELLEE'S
        RESPONSE TO MOTION FOR
        SUMMARY REVERSAL

JIM GRAHAM, et al         :

    Appellees.         :         :

## Banneker Ventures' Reply to LaKritz Adler Appellee's Response to Banneker Ventures' Motion for Summary Reversal

Banneker Ventures LLC ("Banneker" or "Banneker Ventures"), by and through its attorneys, for its **Reply to LaKritz Adler Appellee's Response to Banneker Ventures' Motion for Summary Reversal**, pursuant to Federal Rule of Appellate Procedure ("FRAP") 27 and D. C. Circuit Rule 27, states:

1

**ARGUMENT**

The LaKritz Adler Appellees argue in footnote 1 of their Response to Banneker Ventures Motion for Summary Reversal (Dkt. #1496318) that Banneker failed to comply with the applicable Federal Rules of Appellate Procedure ("FRAP") and the D.C. Circuit Rules of Appellate Procedure ("D.C. Circuit Rules") by filing its Motion (seeking affirmative relief) in combination with Banneker's Response to the LaKritz Adler Appellles Motion for Summary Affirmance. They also allege that Banneker exceeded the allowable page limits.

However, as clearly stated in FRAP 27(a)(3)(A), any party may file a response to a motion. Further, FRAP 27(a)(3)(B) provides that any such response "may include a motion for affirmative relief". That provision goes on to require that the title to any such response "alert the court to the request for relief". Banneker clearly complied with these requirements with its filing on May 23, 2014.

With respect to the page limit, D.C. Circuit Rule 27(c) provides that such a combined response and motion for affirmative relief may not exceed 30 pages. Here, Banneker also complied with this requirement.

**CONCLUSION**

For the foregoing reasons, Banneker does hereby respectfully renew its request that this Court deny the LaKritz Adler Appellee's Motion for Summary

Affirmance on all grounds and enter an order granting Banneker's Motion for Summary Reversal.

_____/s/_____
Brian K. McDaniel, Esq.
D.C. Bar # 452807
McDaniel & Associates, P.A.
1025 First Street, S.E., Suite 1413
Washington, DC 20003
Telephone: (202) 331-0793
Email: brianmac1911@aol.com

AND

Jerry L. Malone, Esq.

D.C. Bar # 482031
5 Choke Cherry Road
Suite 378
Rockville, MD 20850
Telephone: 202-320-0258
Email: Jerry@JLMaloneLaw.com

Counsel for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Banneker's Reply to LaKritz Adler Appellees Response to Banneker's Motion for Summary Reversal was electronically transmitted through the ECF/CMS system on this 16th day of June, 2014, to the following:

    Mr. Gerald J. Stief, Esq.
    Chief Counsel, Appeals &
    Special Litigation
    Washington Metropolitan Area
       Transit Authority
    600 5th Street, NW
    Washington, DC  20001
    Email:  gstief@wmata.com


    Mr. Douglas M. Bregman, Esq.
    Bregman, Berbert, Schwartz & Gilday, LLC
    7315 Wisconsin Avenue
    Suite 800 West
    Bethesda, MD  20814
    Email:  dbregman@bregmanlaw.com

    Counsel for Appellee WMATA


    Mr. John R. Hoellen, Esq.
    Council of the District of Columbia
    Office of the General Counsel
    1350 Pennsylvania Avenue, NW, Suite #4
    Washington, DC  20004
    Email:  jhoellen@dccouncil.us

    Counsel for Appellee Jim Graham

Mr. Abbe David Lowell, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW, Suite 300
Washington, DC  20036
Email:  adlowell@chadbourne.com
Mr. Brian L. Schwalb, Esq.
Venable LLP
575 7th Street, NW
Washington, DC  20004

Email:  blschwalb@venable.com


Mr. Brian L. Schwalb, Esq.
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: blschwalb@venable.com


Mr. Seth A. Rosenthal
Venable LLP
575 7th Street, N.W.
Washington, D.C.  20004-1601
Email:  sarosenthal@venable.com



Counsel for Appellees Adler, LaKrtiz and
   LaKritz Adler

5