# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 14-7030 | September Term, 2014 |
| | 1:13-cv-00391-RMC |
| | Filed On: November 3, 2014 [1520242] |

Banneker Ventures, LLC,

    Appellant

    v.

Jim Graham, et al.,

    Appellees

### O R D E R

Upon consideration of appellant's consent motion for extension of time to file briefs, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | November 21, 2014 |
| Appellees' Brief | December 22, 2014 |
| Appellant's Reply Brief | January 12, 2015 |
| Deferred Appendix | January 20, 2015 |
| Final Briefs | February 6, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk