# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Banneker Ventures, LLC

                        v.                          **Case No:** 14-7030

             Jim Graham, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

Banneker Ventures, LLC

Names of Parties                                    Names of Parties

### Counsel Information

**Lead Counsel:** Mark A. Grannis

**Direct Phone:** (202) 730-1313   **Fax:** (202) 730-1301   **Email:** mgrannis@hwglaw.com

**2nd Counsel:** Mark. D. Davis

**Direct Phone:** (202) 730-1336   **Fax:** (202) 730-1301   **Email:** mdavis@hwglaw.com

**3rd Counsel:** Anne K. Langer

**Direct Phone:** (202) 730-1308   **Fax:** (202) 730-1301   **Email:** alanger@hwglaw.com

**Firm Name:** Harris, Wiltshire & Grannis, LLP

**Firm Address:** 1919 M Street, N.W., Washington, D.C. 20036

**Firm Phone:** (202) 730-1300   **Fax:** (202) 730-1301   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)